IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | :    CIVIL ACTION |
| PAUL T. HOLLER and | : |
| PHILOMENA HOLLER, | : |
|     Debtors. | :    No. 12-383 |
| | :    BANKRUPTCY APPEAL |

## ORDER

**AND NOW**, this **14th** day of **August, 2012**, upon consideration of the Brief of Appellant, NOVA Bank, and the Brief of Appellees, Paul T. Holler and Philomena B. Holler, and for the reasons stated in the Court's Memorandum dated August 14, 2012, it is hereby **ORDERED** that:

1. The Bankruptcy Court's December 13, 2011 Order Denying NOVA's Motion for Reconsideration is **AFFIRMED**.

2. The appeal is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

Berle M. Schiller, J.